IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| XANATHE HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv612-MHT |
| | ) | (WO) |
| CAROLINE'S COUNTRY STORE, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of the proposed settlement (doc. no. 11) is granted and the settlement is approved.

(2) Pursuant to the settlement agreement, all claims in this action are dismissed with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of December, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE